IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>[1] JOSÉ REYES (aka "José Reyes-Vilorio", and "José Reyes-Bilorio"); and<br>[2] ERIK CARELA-ÁGUILA,<br><br>Defendants | **INDICTMENT**<br><br>CRIMINAL NO. 25-422 (MAJ)<br><br>VIOLATIONS:<br>8 U.S.C. §§ 1324(a)(1)(A)(i), (v)(I), & (B)(iv);<br>8 U.S.C. §§ 1324(a)(1)(A)(i), (v)(II) & (B)(iii);<br>8 U.S.C. §§ 1324(a)(1)(A)(i), (v)(II) & (B)(iv);<br>8 U.S.C. §§ 1326(a) & (b)(2)<br><br>(SEVEN COUNTS) |

**THE GRAND JURY CHARGES:**

### COUNT ONE
**Conspiracy to Bring in Certain Illegal Aliens**
(Title 8, *United States Code*, Sections 1324(a)(1)(A)(i), (v)(I), and (B)(iv))

Beginning on a date unknown, through on or about October 4, 2025, in the District of Puerto Rico, elsewhere, on the high seas and within the jurisdiction of this Court, the defendants,

**[1] JOSÉ REYES, and**
**[2] ERIK CARELA-ÁGUILA,**

did knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons unknown to the Grand Jury, to knowingly and intentionally bring to the United States at least one alien, knowing that said person(s) were aliens, at a place other than as designated by the Secretary of Homeland Security, wherein the death of at least one alien resulted from the commission of the offense. All in violation of 8 U.S.C. §§ 1324(a)(1)(A)(i), (v)(I), and (B)(iv).

### COUNT TWO
**Bringing in Certain Illegal Aliens, Resulting in Death; Aiding and Abetting**
(Title 8, *United States Code*, Sections 1324(a)(1)(A)(i), (v)(II), and (B)(iv))

From on or about October 2, 2025, through on or about October 4, 2025, in the District of Puerto Rico and on the high seas, within the jurisdiction of this court, the defendants,

**[1] JOSÉ REYES, AND**
**[2] ERIK CARELA-ÁGUILA,**

while aiding and abetting each other, did knowingly and intentionally attempt to bring and brought to the United States at least one alien, namely, J.M.K.K., knowing that said person was an alien, at a place other than as designated by the Secretary of Homeland Security, which resulted in the death of J.M.K.K. All in violation of 8 U.S.C. §§ 1324(a)(1)(A)(i), (v)(II), and (B)(iv), and 18 U.S.C. § 2.

### COUNT THREE
**Bringing in Certain Illegal Aliens, Resulting in Death; Aiding and Abetting**
(Title 8, *United States Code*, Sections 1324(a)(1)(A)(i), (v)(II), and (B)(iv))

From on or about October 2, 2025, through on or about October 4, 2025, in the District of Puerto Rico and on the high seas, within the jurisdiction of this court, the defendants,

**[1] JOSÉ REYES, AND**
**[2] ERIK CARELA-ÁGUILA,**

while aiding and abetting each other, did knowingly and intentionally attempt to bring and brought to the United States at least one alien, namely, M.J., knowing that said person was an alien, at a place other than as designated by the Secretary of Homeland Security, which resulted in the death of M.J. All in violation of 8 U.S.C. §§ 1324(a)(1)(A)(i), (v)(II), and (B)(iv), and 18 U.S.C. § 2.

### COUNT FOUR
**Bringing in Certain Illegal Aliens; Aiding and Abetting**
(Title 8, *United States Code*, Sections 1324(a)(1)(A)(i), (v)(II), and (B)(iii))

From on or about October 2, 2025, through on or about October 4, 2025, in the District of Puerto Rico and on the high seas, within the jurisdiction of this court, the defendants,

**[1] JOSÉ REYES, AND**
**[2] ERIK CARELA-ÁGUILA,**

while aiding and abetting each other, did knowingly and intentionally attempt to bring and brought to the United States at least one alien, namely, Y.T.U., knowing that said person was an alien, at a

place other than as designated by the Secretary of Homeland Security, and during and in relation to the commission of said offense, placed in jeopardy the life of Y.T.U. All in violation of 8 U.S.C. §§ 1324(a)(1)(A)(i), (v)(II), and (B)(iii).

## COUNT FIVE
### Bringing in Certain Illegal Aliens; Aiding and Abetting
### (Title 8, *United States Code*, Sections 1324(a)(1)(A)(i), (v)(II), and (B)(iii))

From on or about October 2, 2025, through on or about October 4, 2025, in the District of Puerto Rico and on the high seas, within the jurisdiction of this court, the defendants,

### [1] JOSÉ REYES, AND
### [2] ERIK CARELA-ÁGUILA,

while aiding and abetting each other, did knowingly and intentionally attempt to bring and brought to the United States at least one alien, namely, H.S.S., knowing that said person was an alien, at a place other than as designated by the Secretary of Homeland Security, and during and in relation to the commission of said offense, placed in jeopardy the life of H.S.S. All in violation of 8 U.S.C. §§ 1324(a)(1)(A)(i), (v)(II), and (B)(iii).

## COUNT SIX
### Re-entry of Removed Alien after an Aggravated Felony Conviction
### (Title 8, *United States Code*, Sections 1326(a) & (b)(2))

On or about October 5, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

### [1] JOSÉ REYES,

who is an alien, as the term is defined in Title 8, *United States Code*, Section 1101(a)(3), and who has been previously removed from the United States, was found in the United States, without obtaining, prior to his re-embarkation at a place outside the United States, the express consent of the Secretary of Homeland Security to reapply for admission into the United States. All in violation of Title 8, *United States Code*, Sections 1326(a) & (b)(2).

## COUNT SEVEN
### Re-entry of Removed Alien after an Aggravated Felony Conviction
### (Title 8, *United States Code*, Section 1326(a) & (b)(2))

On or about October 5, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

### [2] ERIK CARELA-ÁGUILA,

who is an alien, as the term is defined in Title 8, *United States Code*, Section 1101(a)(3), and who has been previously removed from the United States, was found in the United States, without obtaining, prior to his re-embarkation at a place outside the United States, the express consent of the Secretary of Homeland Security to reapply for admission into the United States. All in violation of Title 8, *United States Code*, Sections 1326(a) & (b)(2).

W. STEPHEN MULDROW
United States Attorney

Jenifer Y. Hernández-Vega
Assistant United States Attorney
Chief, Child Exploitation, Immigration Unit

Steven Liong-Rodríguez
Special Assistant United States Attorney

TRUE BILL

Foreperson
Dated: 9-X-2025