

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

1 MINUTE

**MINUTE OF PROCEEDINGS**
**U.S. MAGISTRATE JUDGE GISELLE LÓPEZ-SOLER**

| | |
|---|---|
| COURT REPORTER: Zoom.Gov | DATE: October 9, 2025 |
| COURTROOM: OSJ Courtroom 6 (Hybrid Proceeding) | AUSA: Ryan McCabe |

UNITED STATES OF AMERICA

*Plaintiff*

vs.

[1] JOSÉ REYES, a/k/a "José Reyes-Vilorio" and "José Reyes-Bilorio"
[2] ERIK CARELA-ÁGUILA

*Defendant(s)*

Return of Indictment by the Grand Jury
Criminal No. **25-cr-00422 (MAJ)**

Indictment was filed in open court.

**Arraignment to be set upon defendant's arrest**.

Case is assigned to Judge María Antongiorgi-Jordán.

<u>**NEW CASE**</u>:

☐   This Indictment supersedes Criminal Case No. _____.

☐   Defendant(s) **appeared** in magistrate case _____.   <u>Magistrate case merged and closed</u>.

☐   Defendant(s) charged in magistrate case _____, but **not arrested**.   <u>Magistrate case merged and closed</u>.

☒   Defendant(s) **not charged** in magistrate case.

☐   The Court granted the government's motion to seal.

☐   Defendant(s) is/are to remain on same bond.

☐   Defendant(s) is/are under custody.  Marshal to produce defendant(s).

☒   Arrest warrant(s) to be issued.

☐   Summons to be issued.

*s/María Luz Díaz*
Courtroom Deputy Clerk