Laura Maldonado Rodríguez
P. O. Box 11533
San Juan, P. R. 00922-1533
e-mail: lmr7771@aol.com
Cel: (787) 413-7771

Education

University of Puerto Rico School of Law
Juris Doctor

University of Puerto Rico – Rio Piedras Campus
Bachelors in Arts

Experience

Current

Private Criminal Law Practice in Federal Court. Private and appointed criminal, habeas corpus and appeal cases. Appointed to capital cases since 1998.

1992-1998

Assistant Federal Public Defender for the District of Puerto Rico. Federal criminal litigation and appellate work.

1991-1992

Attorney Investigator for the Federal Public Defender's Office for the District of Puerto Rico.

1990-1991

Associate Attorney at Law Offices of Joseph Laws Del Valle San Juan, Puerto Rico

Languages:        Spanish - Native
                  English - Native

Admitted to Practice -

United States Supreme Court

Puerto Rico Supreme Court
Attorney at Law and Notary Public.

United States Court of Appeals - First Circuit

United States Court of Appeals - Fifth Circuit

United States District Court
District of Puerto Rico

United States Court of Federal Claims


CLE

Federal Death Penalty Resource Counsel Strategy Session, Defender Services, 2012, 2017-2022, 2024.

National Seminar on the Development and Presentation of Mitigating Evidence in Capital Cases, 2018-2025.

Capital Cases

<u>District of Puerto Rico</u>

United States v. Felix Rodríguez San Inocencio, 97-191 (CC)
No seek after DOJ-CC conference
Local Counsel

United States v. Neliza Figueroa Cartagena, 07-186 (JAF)
No seek after DOJ-CC conference
Local counsel

United States v. Geffrey Torres Sobrado, 09-228 (FAB)
No seek without DOJ-CC conference
Local Counsel

United States v. Jonathan Ortiz Torres, 10-138 (GAG)
No seek after DOJ-CC conference
Local Counsel

United States v. Xavier Jimenez Bencevi, 12-221 (JAF)
Trial - Unanimous life verdict
Local Counsel

United States v. Xavier Melecio Ramirez, 12-488 (CCC)
No seek without DOJ-CC conference
Local Counsel

United States v. Jean Rivera Ledoux, 14-719 (GAG)
No seek without DOJ-CC conference
Local Counsel

United States v. Elvin Morales Ramirez, 16-218 (RAM)

No seek without DOJ-CC conference
Local Counsel

United States v. Jose Folch Colon, 16-282 (TSH)
No seek without DOJ-CC conference
Local Counsel

United States v. Henry Calderon Marin, 16-778 (PAD)
No seek after DOJ-CC conference
Local Counsel

United States v. Nelson Rivera Maldonado, 17-622 (FAB)
No seek without DOJ-CC conference
Local Counsel

United States v. Freddy Ramos Ortiz, 19-355 (FAB)
No seek without DOJ-CC conference
Local Counsel

United States v. Felix Verdejo, 21-161 (PAD)
No seek without DOJ-CC conference
Local Counsel

United States v. Alcibades de Paz, 23-003 (PAD)
No seek without DOJ-CC conference
Learned Counsel

United States v. Orlando Carmona Serrano, 23-238 (SCC)
No seek without DOJ-CC conference
Local Counsel

United States v. Carlos Rolón Pérez, 23-273 (PAD)
No seek without DOJ-CC conference
Local Counsel

United States v. Andyel Gonzalez Saez, 24-453 (MAJ)
Pending
Local Counsel

<u>Eastern District of New York</u>

United States v. Omar Villalta, 16-403 (JFB)
No seek without DOJ-CC conference
Learned Counsel