## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,  *
         Plaintiff,     *
                     *
         V.          *      CRIMINAL NO. 25-422 (MAJ)
                     *
JOSE REYES VILORIO (1),  *
         Defendant.   *
_____  *

## MOTION TO RESTRICT

TO THE HONORABLE MARIA ANTONGIORGI JORDAN,
JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO.

     **COMES NOW** the defendant and very respectfully states informs that the filing or filings made with this motion is restricted *ex parte* pursuant to 18 U.S.C. § 3005 and 3599(f).

     RESPECTFULLY SUBMITTED.

     In San Juan, Puerto Rico this 30th day of October 2025.

               *S/Laura Maldonado Rodriguez*
               LAURA MALDONADO RODRIGUEZ
               USDC-PR 205701
               Lmr7771@aol.com
               P. O. BOX 11533
               SAN JUAN, P. R. 00922-1533
               TEL. (787) 413-7771

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that this MOTION was filed through the CM/ECF system. A copy of the motion was sent via email to the designated parties.

In San Juan, Puerto Rico this 30th day of October 2025.

*S/ Laura Maldonado Rodriguez*
LAURA MALDONADO RODRIGUEZ
USDC-PR 205701
lmr7771@aol.com
P. O. BOX 11533
SAN JUAN, P. R. 00922-1533
T. 787-413-7771