**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,* | | |
| Plaintiff, | * | |
| | * | |
| V. | * | CRIMINAL NO. 25-422 (MAJ) |
| | * | |
| JOSE REYES VILORIO (1), | * | |
| Defendant. | * | |
| _____ | * | |

**MOTION TO RESTRICT**

TO THE HONORABLE MARIA ANTONGIORGI JORDAN,
JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO.

**COMES NOW** the defendant and very respectfully states

informs that the filing or filings made with this motion is restricted

*ex parte* pursuant to 18 U.S.C. § 3005 and 3599(f).

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 31st day of October 2025.

*S/Laura Maldonado Rodriguez*
LAURA MALDONADO RODRIGUEZ
USDC-PR 205701
Lmr7771@aol.com
P. O. BOX 11533
SAN JUAN, P. R. 00922-1533
TEL. (787) 413-7771

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that this MOTION was filed through the CM/ECF system. A copy of the motion was sent via email to the designated parties.

In San Juan, Puerto Rico this 31st day of October 2025.

*S/ Laura Maldonado Rodriguez*
LAURA MALDONADO RODRIGUEZ
USDC-PR 205701
lmr7771@aol.com
P. O. BOX 11533
SAN JUAN, P. R. 00922-1533
T. 787-413-7771